IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02819-BNB

JAMES VANCE NICHOLSON,

    Plaintiff,

v.

CITY OF GREELEY, A Municipal Corporation,
GLIVA, Greeley Police Officer,
CITY OF EVANS, A Municipal Corporation,
JANE DOE, Evans Police Officer,
JOHN DOE, Evans Police Officer,
HERITAGE INN/HOWARD JOHNSON'S HOTEL, and
EMPLOYEE LYNN BROKAW, Heritage Inn/Howard Johnson's,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 8 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

On December 23, 2008, Plaintiff James Vance Nicholson submitted to the Court

a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland entered an order, on

December 31, 2008, directing the Clerk of the Court to commence a civil action and

instructing Mr. Nicholson to submit a certified copy of his trust fund account statement

for the six months immediately preceding the filing of the instant action. Plaintiff was

warned that the action would be dismissed without further notice if he failed to cure the

deficiency within thirty days.

Mr. Nicholson now has failed to communicate with the Court, and as a result he

has failed to cure the deficiency within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for

failure to cure the deficiency.

DATED at Denver, Colorado, this //day of _____ Feb. _____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  08-cv-02819-BNB

James Vance Nicholson
26900 E. Colfax Ave. #159
Aurora, CO 80018


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/12/09

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk